# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

SHENZHEN ZHIMEI LIANCHUANG
TECHNOLOGY CO., LTD,

     Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

Case No.: 4:26-cv-593

## EXHIBIT C – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit C will be filed separately under seal and will remain under seal until further order of this court.